

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00105-CR

Alphonso A. **MCCLOUD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6735B
Honorable Joey Contreras, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 13, 2019.

_____
Liza A. Rodriguez, Justice